ACCEPTED
01-15-00544-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/5/2015 3:20:08 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00544-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/5/2015 3:20:08 PM
~~CHRISTOPHER A.~~ PRINE
Clerk

TERRY NEFF AND IRON WORKERS
MID-SOUTH PENSION FUND,

*Appellants,*

v.

NICHOLAS F. BRADY, DAVID J. BUTTERS, WILLIAM E.
MACAULAY, ROBERT B. MILLARD, ROBERT K. MOSES, JR.,
ROBERT A. RAYNE, BERNARD J. DUROC-DANNER AND BRUCE
M. MARTIN, AND WEATHERFORD INTERNATIONAL LTD., A
SWISS CORPORATION

*Appellees.*

From the 270th Judicial District Court
Harris County, Texas
Trial Court Cause No. 2010-40764

**UNOPPOSED MOTION FOR ADMISSION
*PRO HAC VICE* OF KEVIN H. METZ**

COME NOW Appellee Weatherford International Ltd. and Kevin H. Metz and file this Motion for Admission *Pro Hac Vice* of Kevin H. Metz and in support thereof would respectfully show the Court as follows:

Mr. Metz, a reputable attorney licensed in the State of California and the District of Columbia, as well as in the U.S. District Court for the Central District of California, U.S. District Court for the Northern District of California, U.S. District

1

Court for the District of Columbia, U.S. Court of Appeals for the District of Columbia, U.S. Court of Appeals for the Seventh Circuit, U.S. Court of Appeals for the Ninth Circuit, and U.S. Court of Appeals for the Eleventh Circuit, seeks admission *pro hac vice* in the above-styled case pursuant to sections 82.036 and 82.0316 of the Texas Government Code and Rule XIX of the Rules Governing Admission to the Bar of Texas. In compliance with the requirements of those rules and statutes, the following information is provided:

1. **Non-Resident Attorney**:

    Kevin H. Metz
    Latham & Watkins LLP
    555 Eleventh Street NW, Suite 1000
    Washington, DC 20004
    (202) 637-2200 (telephone)
    (202) 637-2201 (facsimile)

2. **Associated Attorney**:

    The following resident attorney will be associated with Mr. Metz in these proceedings:

    Rebecca N. Brandt
    State Bar No. 24062632
    Latham & Watkins LLP
    811 Main Street, Suite 3700
    Houston, TX 77002
    (713) 546-5400 (telephone)
    (713) 546-5401 (facsimile)

3. **List of Cases**:

    Within the past two years, Mr. Metz has been admitted *pro hac vice* in the 270th Judicial District Court, Harris County ( *Neff v. Brady*, 2010-40764) and in the 162nd Judicial District Court, Dallas County (*Boyler v. Nguyen*, 13-05971).

2

4.	**Jurisdictions**:

Mr. Metz is licensed in the following jurisdictions in which he is an active member in good standing:

Supreme Court of California

Court of Appeals for the District of Columbia

U.S. Court of Appeals for the Seventh Circuit

U.S. Court of Appeals for the Ninth Circuit

U.S. Court of Appeals for the Eleventh Circuit

U.S. Court of Appeals for the DC Circuit

U.S. District Court for the Central District of California

U.S. District Court for the Northern District of California

U.S. District Court for the District of Columbia

5.	Mr. Metz has not been the subject of disciplinary action by the Bar or courts of any jurisdiction in which he is licensed within the preceding five years.

6.	Mr. Metz has not been denied admission to the courts of any State or to any federal court during the preceding five years.

7.	Mr. Metz is familiar with the State Bar Act, the State Bar Rules, and the Texas Disciplinary Rules of Professional Conduct governing the conduct of members of the State Bar of Texas, and will at all times abide by and comply with the same so long as this Texas proceeding is pending and he has not withdrawn as counsel herein.

8.	Mr. Metz is a reputable attorney and it is recommended that this Court grant permission for him to participate in the proceeding before this Court as one of the attorneys representing Weatherford International Ltd. in this case.

9.     The acknowledgment letter required under section 82.0361(f), as proof of payment of the $250 fee required under the same statute, is attached hereto as Exhibit A.

WHEREFORE, Appellee Weatherford International Ltd. and Kevin H. Metz respectfully request that the Court grant this motion and admit Kevin H. Metz *pro hac vice* in the above-captioned case as counsel for Appellee Weatherford International Ltd.

Dated: 9/16/15

Respectfully submitted,
**LATHAM & WATKINS LLP**

By: _____

Kevin H. Metz (*pro hac vice* pending)
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
kevin.metz@lw.com

Rebecca N. Brandt
State Bar No. 24062632
LATHAM & WATKINS LLP
811 Main Street, Suite 3700
Houston, TX 77002

4

Telephone: (713) 546-5400
Facsimile: (713) 546-5401
rebecca.brandt@lw.com

Peter A. Wald (*pro hac vice* pending)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
peter.wald@lw.com

Marissa R. Boynton (*pro hac vice* pending)
555 Eleventh Street NW, Suite 1000
Washington, DC  20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
marissa.boynton@lw.com

*Attorneys for Appellee Weatherford International Ltd.*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Appellee Weatherford International Ltd. received email communications from Appellants' counsel, regarding the subject matter of this Motion, and was informed that there is no opposition to the granting of this Motion. Counsel for the individual Appellees also advised that they do not oppose this Motion.

/s/ Rebecca N. Brandt
Rebecca N. Brandt

# CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2015, a true and correct copy of the foregoing document was served in compliance with the *Texas Rules of Appellate Procedure* on the counsel of record listed below.

James A. Reeder, Jr.
Jeffrey S. Johnston
Stacy M. Neal
Nicholas Shum
Stephanie Miller
VINSON & ELKINS LLP
1001 Fannin St., Suite 2500
Houston, TX 77002
jreeder@velaw.com
jjohnston@velaw.com
sneal@velaw.com
nshum@velaw.com
smiller@velaw.com
**VIA E-FILE AND E-MAIL**

N. Scott Fletcher
Elizabeth G. Myers
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
sfletcher@jonesday.com
egmyers@jonesday.com
**VIA E-FILE AND E-MAIL**

Robert S. Bennett
Ellen Kennedy
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
robert. bennett@hoganlovells.com
ellen.kennedy@hoganlovells.com
**VIA E-FILE AND E-MAIL**

Travis E. Downs III
Benny C. Goodman III

Erik W. Luedeke
ROBBINS GELLER RUDMAN &DOWDLLP
655 West Broadway, Suite 1900
San Diego, CA 92101
**VIA E-FILE AND E-MAIL**

Noelle M. Reed
Charles W. Schwartz
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1000 Louisiana Street, Suite 6800
Houston, TX 77002
noelle.reed@skadden.com
charles.schwartz@skadden.com
**VIA E-FILE AND E-MAIL**

Joe Kendell
Jamie J. McKey
KENDALL LAW GROUP, LLP
3232 McKinney A venue, Suite 700
Dallas, TX 75204
jkendall@kendalllawgroup.com
jmckey@kendalllawgroup.com
**VIA E-FILE AND E-MAIL**

George C. Aguilar
ROBBINS ARROYO LLP
600 B Street, Suite 1900
San Diego, CA 92101
gaguilar@robbinsarroyo.com
**VIA E-FILE AND E-MAIL**

/s/ Rebecca Brandt
Rebecca N. Brandt